(118 So. 250)

**Oscar KNIGHT v. STATE.** (5 Div. 697.)

Court of Appeals of Alabama, May. 15, 1928.

Rehearing Denied June 19, 1928.

Pruet & Glass, of Ashland, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. The defendant was indicted and convicted on a charge of manufacturing whisky on a certain day, and of unlawfully possessing the still in which the whisky was made. This case is a companion case to that of Leon-

ard Knight, ante, p. 500, 118 So. 249, 5 Div. 696, and upon authority of that case the judgment here is affirmed.

Affirmed.